DAVID A. ERICKSEN (State Bar No. 153923)
AUSTIN B. KENNEY (State Bar No. 242277)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
Email: dae@severson.com
Email: abk@severson.com

Attorneys for Defendants
ALDER GROVE, LLC and ALDER GROVE ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALDER GROVE, LLC, a Delaware limited liability company; ALDER GROVE ASSOCIATES, LLC, A California limited liability company; ALFRED E. NEVIS, an individual; and SACRAMENTO MADISON WOOD CONDOMINIUM OWNERS ASSOCIATION, a California Corporation,<br><br>Defendants. | Case No.: 2:08-CV-00743-JAM-GGH<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>Complaint Filed: April 7, 2008<br><br>Trial Date: November 16, 2009<br>Time: 9:00 a.m.<br>Dept: 6<br>Judge:  Hon. John A. Mendez |

WHEREAS, Trial in this matter is currently set for November 16, 2009 and the Final Pre-Trial Conference is scheduled for October 16, 2009, both in Department 6 of this Court;

WHEREAS, on or about February 19, 2009, plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") filed a Motion for Summary Judgment as to one or more of its claims against the defendants in this matter;

WHEREAS, on or about May 19, 2009 the Court entered an Order granting Travelers' Motion for Summary Judgment;

WHEREAS, on or about June 12, 2009, Travelers filed a Motion for Partial Summary

1  Judgment as to one or more of its remaining claims against the defendants in this matter;

2  WHEREAS, on or about September 10, 2009, the Court entered an Order granting

3  Travelers' Motion for Partial Summary Judgment;

4  WHEREAS, the only cause of action in Travelers' Complaint left to be tried following

5  Travelers' Motion for Summary Judgment and Motion for Summary Adjudication is Travelers'

6  Fifth Cause of Action for Unjust Enrichment; and

7  WHEREAS, the parties to this action want to attempt to reach a negotiation settlement of

8  Travelers' Fifth Cause of Action for Unjust Enrichment before proceeding to Trial on that claim;

9  WHEREFORE, the parties to this action, by and through their respective attorneys of

10 record, here by stipulate to continue the Trial of this matter to March 22, 2010 at 9:00 a.m. in

11 Department 6 of this Court, so as to afford the parties an opportunity to attempt to negotiate a

12 settlement of Travelers remaining unjust enrichment claim.  The parties also stipulate that the

13 Final Pre-Trial Conference will be held on February 12, 2010 at 2:00 p.m. in Department 6 of this

14 Court.  All other pre-trial dates and deadlines shall be scheduled in accordance with the Federal

15 Rules of Civil Procedure or otherwise shall be scheduled for such dates as the Court deems

16 appropriate.

17 IT IS SO AGREED.

18 DATED: _____                LAW OFFICES OF MORALES FIERRO & REEVES

By: /s/ Christine M. Fierro
         Christine M. Fierro

Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

11906/0010/761859.1   STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE
Case No.: 2:08-CV-00743-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1  DATED: _____ | SEVERSON & WERSON<br>A Professional Corporation |
| 2 | |
| 3 | |
| 4 | By: /s/ Austin B. Kenney<br>    David A. Ericksen<br>    Austin B. Kenney |
| 5 | |
| 6 | Attorneys for Defendants<br>ALDER GROVE, LLC and ALDER GROVE<br>ASSOCIATES, LLC |
| 7 | |
| 8 | |
| 9  DATED: _____ | BERDING & WEIL |
| 10 | |
| 11 | By: /s/ Allison L. Andersen<br>    Tyler P. Berding<br>    Allison L. Andersen |
| 12 | |
| 13 | Attorneys for Defendant<br>SACRAMENTO MADISON WOOD<br>CONDOMINIUM OWNERS ASSOCIATION |
| 14 | |
| 15 | |
| 16  DATED: _____ | LAW OFFICES OF JERRY SANDEFUR |
| 17 | |
| 18 | By: /s/ Jerry Sandefur<br>    Jerry Sandefur |
| 19 | |
| 20 | Attorneys for Defendant<br>ALFRED E. NEVIS |

**IT IS SO ORDERED.**

Dated: October 7, 2009         /s/ John A. Mendez_____
                               Judge of the District Court

---

11906/0010/761859.1

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE
Case No.:  2:08-CV-00743-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com