CHRISTINE M. FIERRO, SBN 191660
E-mail: cfierro@mfrlegal.com
MORALES FIERRO & REEVES
2300 Contra Costa Boulevard, Suite 310
Pleasant Hill, California 94523
Telephone:    (925) 288-1776
Facsimile:     (925) 288-1856

Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>ALDER GROVE, LLC, a Delaware limited liability company; ALDER GROVE ASSOCIATES, LLC, A California limited liability company; ALFRED E. NEVIS, an individual, and SACRAMENTO MADISON WOODS CONDOMINIUMS OWNERS ASSOCIATION, A California Corporation,<br><br>        Defendants. | CASE NO.: 2:08-cv-00743-JAM-GGH<br><br>**NOTICE OF SETTLEMENT, STIPULATION REQUESTING AN ORDER CONTINUING DATE OF PRE-TRIAL CONFERENCE AND TRIAL AND ORDER**<br><br>Date: February 12, 2010<br>Time: 2:00 p.m.<br>Dept: 6<br>The Honorable John A. Mendez<br><br>Trial Date: March 22, 2010 |

Plaintiff Travelers Property Casualty Company of America, and Defendants Alder Grove, LLC, Alfred E. Nevis, and Sacramento Madison Woods Condominiums Owners Association (collectively the "Parties") have reached a tentative settlement of all remaining claims in this action.  In order to allow time to memorialize the agreement, which will fully resolve this action, the Parties request and stipulate to a continuance of the Pretrial Conference and the trial by no less than 30 days, to the next available dates, amenable to this Court.

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

DATED: February 11, 2010                    MORALES FIERRO & REEVES

By: /s/ Christine M. Fierro
_____
    Christine M. Fierro

Attorneys for Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

DATED: February 11, 2010                    SEVERSON & WERSON

By: /s/ Stephen A. Schram
Stephen A. Schram
Attorneys for Defendant
ALDER GROVE, LLC

DATED: February 11, 2010

By: /s/ Jerry Dale Sandefur
_____
    JERRY DALE SANDEFUR (SBN 84263)

Attorney for Defendant ALFRED E. NEVIS

DATED: February 11, 2010                    BERDING & WEIL LLP

By: /s/ Allison L. Andersen
_____
    Allison L. Andersen

Attorneys for Defendant SACRAMENTO MADISON WOODS CONDOMINIUMS OWNERS ASSOCIATION

PDF created with pdfFactory trial version www.pdffactory.com

1    IN VIEW OF THE PENDING TENTATIVE SETTLEMENT, AND GOOD CAUSE
2    APPEARING, the final pretrial conference is ordered reset to Friday, April 2, 2010 at 2:00 p.m.
3    Jury trial is reset to Monday, May 10, 2010 at 9:00 a.m.

5    IT IS SO ORDERED.

7    DATED:      February 11, 2010

                                    /s/ John A. Mendez_____
                                    John A Mendez
                                    United States District Court Judge

MORALES, FIERRO & REEVES
2300 CONTRA COSTA BOULEVARD
Suite 310
PLEASANT HILL, CALIFORNIA 94523

PDF created with pdfFactory trial version www.pdffactory.com