CHRISTINE M. FIERRO, SBN 191660
E-mail: cfierro@mfrlegal.com
MORALES FIERRO & REEVES
2300 Contra Costa Boulevard, Suite 310
Pleasant Hill, California  94523
Telephone:      (925) 288-1776
Facsimile:      (925) 288-1856

Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALDER GROVE, LLC, a Delaware limited liability company; ALDER GROVE ASSOCIATES, LLC, A California limited liability company; ALFRED E. NEVIS, an individual, and SACRAMENTO MADISON WOODS CONDOMINIUMS OWNERS ASSOCIATION, A California Corporation,<br><br>Defendants. | CASE NO.: 2:08-cv-00743-JAM-GGH<br><br>**STIPULATION REQUESTING AN ORDER CONTINUING DATE OF PRE-TRIAL CONFERENCE AND TRIAL**<br><br>Date: April 9, 2010<br>Time: 2:00 p.m.<br>Dept: 6<br>The Honorable John A. Mendez<br><br>Trial Date: May 10, 2010 |

Plaintiff Travelers Property Casualty Company of America, and Defendants Alder Grove, LLC, Alfred E. Nevis, and Sacramento Madison Woods Condominiums Owners Association (collectively the "Parties") have reached a tentative settlement of all remaining claims in this action.  In order to allow time to memorialize the agreement, which will fully resolve this action, the Parties request and stipulate to a continuance of the Pretrial Conference to April 23, 2010, at 2 p.m., and the trial to June 7, 2010, at 9 a.m.

/ / /

/ / /

/ / /

STIPULATION AND ORDER RE PRETRIAL CONFERENCE AND TRIAL
- 1 -    CASE NO.: 2:08-CV-00743-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

DATED: April 8, 2010                    MORALES FIERRO & REEVES

                                        By:  /s/ Christine M. Fierro
                                        _____
                                            Christine M. Fierro

                                        Attorneys for Plaintiff TRAVELERS
                                        PROPERTY CASUALTY COMPANY OF
                                        AMERICA


DATED: April 8, 2010                    SEVERSON & WERSON

                                        By: /s/ Stephen A. Schram
                                        Stephen A. Schram
                                        Attorneys for Defendant
                                        ALDER GROVE, LLC


DATED: April 8, 2010

                                        By:  /s/ Jerry Dale Sandefur
                                        _____
                                            JERRY DALE SANDEFUR (SBN 84263)

                                        Attorney for Defendant ALFRED E. NEVIS


DATED: February 11, 2010                BERDING & WEIL LLP

                                        By:  /s/ Allison L. Andersen
                                        _____
                                            Allison L. Andersen

                                        Attorneys for Defendant SACRAMENTO
                                        MADISON WOODS CONDOMINIUMS
                                        OWNERS ASSOCIATION

STIPULATION AND ORDER RE PRETRIAL CONFERENCE AND TRIAL
- 2 -                          CASE NO.: 2:08-CV-00743-JAM-GGH

MORALES, FIERRO & REEVES
2300 CONTRA COSTA BOULEVARD
Suite 310
PLEASANT HILL, CALIFORNIA 94523

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.

3  DATED:   April 8, 2010

　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　John A Mendez
　　　　　　　　　　　　　　　　　　　United States District Court Judge

MORALES, FIERRO & REEVES
2300 CONTRA COSTA BOULEVARD
Suite 310
PLEASANT HILL, CALIFORNIA 94523

STIPULATION AND ORDER RE PRETRIAL CONFERENCE AND TRIAL
- 3 -            CASE NO.: 2:08-CV-00743-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com