CHRISTINE M. FIERRO, SBN 191660
E-mail: cfierro@mfrlegal.com
RICHARD A. EGGERTH, SBN 99625
E-mail: reggerth@mfrlegal.com
MORALES FIERRO & REEVES
2300 Contra Costa Boulevard, Suite 310
Pleasant Hill, California 94523
Telephone:   (925) 288-1776
Facsimile:    (925) 288-1856

Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>ALDER GROVE, LLC, a Delaware limited liability company; ALDER GROVE ASSOCIATES, LLC, A California limited liability company; ALFRED E. NEVIS, an individual, and SACRAMENTO MADISON WOODS CONDOMINIUMS OWNERS ASSOCIATION, A California Corporation,<br><br>  Defendants. | CASE NO.: 2:08-cv-00743-JAM-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

Plaintiff Travelers Property Casualty Company of America ("Travelers") and Defendants Alder Grove LLC, Alder Grove Associates LLC, Alfred E. Nevis, and Sacramento Madison Woods Condominium Owners Association (collectively, "Defendants"), recite and stipulate as follows:

IT IS HEREBY AGREED between the parties, through their counsel of record, that this action filed by Travelers be dismissed with prejudice in its entirety, each party to bear its own costs.

PDF created with pdfFactory trial version www.pdffactory.com

In the interests of time and efficiency, facsimile signatures of any party upon the signature page of this stipulation shall be binding upon the parties hereto and may be submitted to the District Court as though such signatures were original signatures.

Dated: June __, 2010          MORALES FIERRO & REEVES

By: _____
     Christine M. Fierro
Attorneys for Plaintiff TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA

Dated: June __, 2010          SEVERSON & WERSON

By: _____
     Stephen Schram
Attorneys for Defendant ALDER GROVE, LLC

Dated: June __, 2010          LAW OFFICES OF JERRY SANDEFUR

By: _____
     Jerry Sandefur
Attorneys for Defendant ALFRED E. NEVIS

Dated: June __, 2010          BERDING & WEIL

By: _____
     Allison Andersen
Attorneys for Defendant SACRAMENTO MADISON
WOODS CONDOMINIUM ASSOCIATION

STIPULATION AND ORDER TO DISMISS          - 2 -          CASE NO.: 2:08-CV-00743-JAM-GGH
ACTION WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**IT IS SO ORDERED.**

Dated this 14th day of June, 2010

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

MORALES, FIERRO & REEVES
2300 COSTA BOULEV
PLEASANT HILL, CALIFORNIA 94523

PDF created with pdfFactory trial version www.pdffactory.com